No. 66374.—Banner Hardware Company v. United States, protest 61/5173 (New York).

Opinion by LAWRENCE, J. An examination of the official papers disclosing that the protest was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the protest was dismissed.